UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTWAN RAYSHON WILLIAMS,

    Plaintiff,

v.

UNKNOWN CLINE, et al.,

    Defendants.
_____/

Case No. 1:22-cv-1129

Hon. Hala Y. Jarbou

## ORDER

On June 9, 2025, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that Plaintiff's claims be dismissed (ECF No. 28). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on June 23, 2025. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. While the R&R provides two alternative grounds for dismissal, the Court will approve and accept the first: Defendants have demonstrated the absence of factual dispute on the question of whether they used excessive force against Plaintiff.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 28) is **APPROVED** and **ADOPTED** as the opinion of the Court with respect to the determination that Defendants have demonstrated the absence of factual dispute on the question of whether they used excessive force against Plaintiff.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this order.

Date: July 15, 2025                     /s/ Hala Y. Jarbou
                                        HALA Y. JARBOU
                                        CHIEF U.S. DISTRICT JUDGE